**No. 62584.**—Julius Wile Sons & Co., Inc. v. United States, protest 221110–K (New York).

Opinion by JOHNSON, J. At the trial, the case was submitted upon the official papers and the collector's report. An examination thereof showing that there was a shortage on delivery of 77.5 gallons at the port of destination, it was held that duty and internal revenue tax are not assessable upon said merchandise.

*United States* v. *R. C. Williams & Co., Inc.* (40 C. C. P. A. 130, C. A. D. 508) and Abstract 61245 followed.